■ RALPH KAMIENSKA et al., Respondents, v. COUNTY OF WESTCHESTER et al., Appellants.— In an action to recover currency and other chattels, the appeal is from an order of the County Court, Westchester County, denying

appellants' motion to dismiss the complaint on the ground that another action is pending between the same parties for the same causes (Rules Civ. Prac., rule 107, subd. 3). Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.